UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X
                                  :
UNITED STATES OF AMERICA          :    INFORMATIO
                                  :
        - v. -                    :    N 20 Cr.298
                                  :
JOSHUA ALBA,                      :
                                  :
        Defendant.                :
                                  :
- - - - - - - - - - - - - - - - - X

## COUNT ONE
### (Conspiracy to Commit Honest Services Wire Fraud)

The United States Attorney charges:

1.    From at least in or about December 2018, up to and including in or about July 2019, in the Southern District of New York and elsewhere, JOSHUA ALBA, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit honest services wire fraud, in violation of Title 18, United States Code, Sections 1343 and 1346.

2.    It was a part and an object of the conspiracy that JOSHUA ALBA, the defendant, and others known and unknown, willfully and knowingly, having devised and intended to devise a scheme and artifice to defraud, and to deprive his employer of its right to his honest services, would and did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals,

pictures, and sounds, for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Sections 1343 and 1346, to wit, ALBA, while employed as a correction officer by the New York City Department of Correction ("NYCDOC"), agreed to deliver and delivered contraband to an inmate housed at the Anna M. Kross Center (the "AMKC"), an NYCDOC facility, in violation of his duties and obligations to his employer and NYCDOC policies, in exchange for cash payments.

(Title 18, United States Code, Section 1349.)

## FORFEITURE ALLEGATION

3.    As a result of committing the offense alleged in Count One of this Information, JOSHUA ALBA, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Assets Provisions

4.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section  853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**v.**

**JOSHUA ALBA,**

**Defendant.**

---

**INFORMATION**

20 Cr.

(18 U.S.C. § 1349.)

GEOFFREY S. BERMAN

---

United States Attorney

---

---