# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

**David E. Patton**
*Executive Director and Attorney-in-Chief*

**Deirdre D. von Dornum**
*Attorney-in-Charge*

June 24, 2020

**By ECF**
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Sq.
New York, New York. 10007

    Re:    *United States v. Alba*, **20 Cr. 298 (LGS)**

Dear Judge Schofield:

    I write on behalf of Mr. Alba, and with the consent of the Government, to respectfully request that the above-captioned matter be referred to Magistrate Court for a change of plea hearing.

    Thank you for considering this request.

    Respectfully Submitted,
    /s/
    Christopher A. Flood
    Assistant Federal Public Defender
    Federal Defenders of New York
    (212) 417-8734

cc: All counsel, by ECF