# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

June 24, 2020

**By ECF**
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Sq.
New York, New York. 10007

Application Granted.  The change of plea hearing is hereby referred
to the Magistrate Judge on duty.  The parties shall promptly schedule
a plea date.  The Clerk of the Court is directed to terminate the letter
motion at docket number 20.

Dated: June 25, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

    **Re:**   *United States v. Alba*, 20 Cr. 298 (LGS)

Dear Judge Schofield:

    I write on behalf of Mr. Alba, and with the consent of the Government, to respectfully request that the above-captioned matter be referred to Magistrate Court for a change of plea hearing.

    Thank you for considering this request.

Respectfully Submitted,
/s/
Christopher A. Flood
Assistant Federal Public Defender
Federal Defenders of New York
(212) 417-8734

cc: All counsel, by ECF

1