UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                              Plaintiff,

              -against-

    JOSHUA ALBA,

                              Defendant,
------------------------------------------------------------ X

20 Cr. 298 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that Defendant Joshua Alba's sentencing hearing shall be held on **November 5, 2020** at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **October 12, 2020**.  The Government's pre-sentencing submission, if any, shall be filed by **October 15, 2020.**

Dated: July 16, 2020
       New York, New York

                                               **LORNA G. SCHOFIELD**
                                               **UNITED STATES DISTRICT JUDGE**