UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA                            :
                                                    :         ORDER
      - v. -                                       :
                                                    :
JOSHUA ALBA,                                        :         20 Cr. 298 (LGS)
                                                    :
                  Defendant.                      :
                                                    :
------------------------------------------------------------------------X

        WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on July 15, 2020;

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:  July 21, 2020
          New York, New York

                                                LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE