UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                   :
UNITED STATES OF AMERICA,          :
                           Plaintiff,  :
                                         :      20 Cr. 298 (LGS)
             -against-                 :
                                         :      <u>ORDER</u>
JOSHUA ALBA,                            :
                             Defendant,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that the sentencing hearing currently scheduled for February 16, 2021, is adjourned to **April 1, 2021, at 11:10 a.m.** due to a conflict in the Court's schedule.

Dated: February 9, 2021
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                   **UNITED STATES DISTRICT JUDGE**