UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,         :
                             Plaintiff,    :
                                              :      20 Cr. 298 (LGS)
              -against-                :
                                              :         <u>ORDER</u>
JOSHUA ALBA,                            :
                                   Defendant,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing hearing currently scheduled for April 1, 2021, is adjourned to **April 27, 2021, at 11:00 a.m.** due to a conflict in the Court's schedule.

Dated: March 29, 2021
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE