UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,
                             Plaintiff,

                                       20 Cr. 298 (LGS)
              -against-

                                        <u>ORDER</u>
    JOSHUA ALBA,
                             Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the sentencing hearing currently scheduled for April 27, 2021, at 11:00 a.m., is adjourned to **April 27, 2021, at 5:00 p.m.** and will be conducted via videoconference. Counsel for the Government and for Mr. Alba are directed to appear and will be provided with call-in instructions via email. Members of the public may attend by dialing the audio-only line, (888) 363-4749, using Access Code 558-3333. In the event the video technology does not function as expected, Defendant and counsel also shall call this number.

Dated: April 23, 2021
       New York, New York

                                                     LORNA G. SCHOFIELD
                                           **UNITED STATES DISTRICT JUDGE**