**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 28, 2021

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 38.*

*dated: April 28, 2021*
*New York, New York*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re: *United States v. Joshua Alba*,
20 Cr. 298 (LGS)

Hon. Judge Schofield:

I write to request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Mr. Josh Alba's passport to Mr. Alba, or to a representative from my office. Pretrial Services has informed my office that they can only release Mr. Alba's passport pursuant to a Court order. Mr. Alba received a non-custodial sentence on April 27, 2021, and reported to the United States Probation Department this morning. We thus respectfully request that the Court order the release of his passport.

I have discussed this matter with Assistant United States Attorney Jarrod Schaeffer, who, on behalf of the Government, does not object.

Respectfully submitted,
/s/
Christopher A. Flood
Assistant Federal Defender

cc: All counsel (by ECF)