# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 23, 2021

***VIA ECF***
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application Granted.  The Clerk of the Court is directed to
terminate the letter motion at docket number 42.

Dated: August 24, 2021
New York, New York

Re:   ***United States v. Joshua Alba***,
        **20 Cr. 298 (LGS)**

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Honorable Judge Schofield:

I write to respectfully request that Your Honor authorize <u>travel for Mr. Alba to the</u>
<u>Dominican Republic,</u> where much of his family resides. If granted, Mr. Alba would travel
<u>between the 8th and 13th of November, 2021</u>. I have spoken with United States Probation
Officer Joseph Barlow, who supervises Mr. Alba, and who does not object to the Court's
authorization of the requested travel. I have also discussed this matter with Assistant
United States Attorney Lara Pomerantz, who, on behalf of the Government, does not
object.

Thank you for considering this application.

Respectfully submitted,
/s/
Christopher A. Flood
Assistant Federal Defender

cc: All counsel (by ECF)